## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**WESLEY J. HANSEN,**<br><br>Defendant. | **PO 26-5015-H-KLD**<br>**PO 26-5016-H-KLD**<br><br>**VIOLATION(s):**<br>**F0H7000U & F0H7000W**<br>**Location Code: M8**<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citations are **DISMISSED**, without prejudice.

**IT IS FURTHER ORDERED** that any future hearing or issued warrants are **VACATED**.

DATED this _____ day of June 2026.

KATHLEEN L. DESOTO
United States Magistrate Judge